No. 87–525.   BARNES ET AL. *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–527.   CENTENO ET AL. *v.* SHULTZ, SECRETARY OF STATE, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–543.   TRANSWESTERN PIPELINE CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 87–549.   CITY OF EVANSTON ET AL. *v.* REGIONAL TRANSPORTATION AUTHORITY ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–553.   MCCRIGHT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–562.   SECURITIES INDUSTRY ASSN. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 87–589.   FAGAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–590.   SIFLINGER *v.* MCLAUGHLIN, SECRETARY OF LABOR.   C. A. 11th Cir.   Certiorari denied.

No. 87–592.   CONNICK, DISTRICT ATTORNEY FOR THE PARISH OF ORLEANS *v.* MAIRENA.   C. A. 5th Cir.   Certiorari denied.

No. 87–599.   MASTERS, MATES & PILOTS PENSION PLAN *v.* DEAK ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–601.   BRACKEN *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–616.   BECK ET AL. *v.* MANUFACTURERS HANOVER TRUST CO. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–619.   GARCIA *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.